UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX ALFONSO SALAVERRIA,

                Plaintiff,

-against-

THE UNITED STATES OF AMERICA, *et al.*,

                Defendants.

21-CV-9254 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued May 16, 2022, dismissing the amended complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 16, 2022
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge